-1-

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| LODGENET INTERACTIVE CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>NOMADIX, INC., a Delaware corporation,<br><br>Defendant. | CIV 10-4036-RAL<br><br>**JOINT MOTION TO AMEND SCHEDULING ORDER** |

Plaintiff LodgeNet Interactive Corporation ("LodgeNet") and Defendant Nomadix, Inc. ("Nomadix") agree to the following modifications of the Court's Rule 16 Scheduling Order (Docket No. 38) and respectfully request that the Court enter an amended scheduling order approving those modifications:

1. The deadline under Paragraph 5 of the Court's Rule 16 Scheduling Order for Nomadix to serve on LodgeNet its prior art statement is changed from October 1, 2010 to **November 15, 2010**.

2. The deadline under Paragraph 4 of the Court's Rule 16 Scheduling Order for the parties to simultaneously exchange lists of claim terms proposed to be construed by the Court is changed from September 29, 2010 to **November 22, 2010**.

3. The deadline under Paragraph 4 of the Court's Rule 16 Scheduling Order for the parties to confer regarding a joint claim construction statement is changed from October 19, 2010 to **December 3, 2010**.

4. The deadline under Paragraph 6 of the Court's Rule 16 Scheduling Order for the parties (1) to notify the Court as to whether they believe a claim construction hearing is

necessary and (2) to file a joint claim construction statement is changed from November 1, 2010 to **December 16, 2010**.

5. In all other respects the Rule 16 Scheduling Order (Docket No. 38) shall apply and remain in effect.

Dated:  September 29, 2010

s/ Michael G. Taylor_____
Michael G. Taylor (SDSB #3366)
LEONARD, STREET AND DEINARD
 Professional Association
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone: 612-335-1500
Facsimile: 612-335-1657
michael.taylor@leonard.com

*Attorneys for Plaintiff*
LODGENET INTERACTIVE CORPORATION

Dated:  September 29, 2010

_____
Clint Sargent
Bill Blewett
clint@meierhenrylaw.com
bill@meierhenrylaw.com
MEIERHENRY SARGENT LLP
315 South Phillips Avenue
Sioux Falls, SD  57104
Tel:   (605) 336-3075
Fax:  (605) 336-2593

KNOBBE, MARTENS, OLSON & BEAR, LLP
Douglas G. Muehlhauser
doug.muehlhauser@kmob.com
2040 Main Street, 14th Floor
Irvine, CA 92614
Tel:   (949) 760-0404
Fax:  (949) 760-9502

*Attorneys for Defendant*
NOMADIX, INC.

9756741

7195089v1