UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| LODGENET INTERACTIVE CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>NOMADIX, INC., a Delaware corporation,<br><br>Defendant. | CIV 10-4036-RAL<br><br>**JOINT MOTION TO AMEND SECOND AMENDED RULE 16 SCHEDULING ORDER** |

Plaintiff LodgeNet Interactive Corporation ("LodgeNet") and Defendant Nomadix, Inc. ("Nomadix") agree to the following modifications of the Court's Second Amended Rule 16 Scheduling Order (Docket No. 47) and respectfully request that the Court enter an amended scheduling order approving those modifications.

1. The deadline under Paragraph 5 of the Court's Second Amended Rule 16 Scheduling Order for Nomadix to serve its prior art statement on LodgeNet is changed from December 15, 2010 to **January 17, 2011**.

2. The deadline under Paragraph 4 of the Court's Second Amended Rule 16 Scheduling Order for the parties to exchange lists of claim terms proposed to be construed by the Court is changed from December 22, 2010 to **January 24, 2011**.

3. The deadline under Paragraph 4 of the Court's Second Amended Rule 16 Scheduling Order for the parties to confer regarding a joint claim construction statement is changed from January 3, 2010 to **February 3, 2011**.

7311926v1

4.  The deadline under Paragraph 6 of the Court's Second Amended Rule 16 Scheduling Order for the parties (1) to notify the Court as to whether they believe a claim construction hearing is necessary and (2) to file a joint claim construction statement is changed from January 17, 2010 to **February 17, 2011**.

5.  The deadline under Paragraph 7 of the Court's Second Amended Rule 16 Scheduling Order for non-expert discovery is changed from July 1, 2011 to **August 1, 2011**.

6.  The deadline under Paragraph 10 of the Court's Second Amended Rule 16 Scheduling Order for the identity of and reports from initial experts (those to deal with issues on which that party has the burden of proof) is changed from September 16, 2011 to **October 17, 2011**.

7.  The deadline under Paragraph 10 of the Court's Second Amended Rule 16 Scheduling Order for the identity of and reports from rebuttal experts is changed from October 17, 2011 to **November 17, 2011**.

8.  The deadline under Paragraph 12 of the Court's Second Amended Rule 16 Scheduling Order for all motions, other than motions in limine, is changed from January 9, 2012 to **February 6, 2012**.

9.  In all other respects the Second Amended Rule 16 Scheduling Order shall apply and remain in effect.

Dated: December 14, 2010

s/ Michael G. Taylor
Michael G. Taylor (SDSB #3366)
LEONARD, STREET AND DEINARD
Professional Association
150 South Fifth Street, Suite 2300

Minneapolis, MN 55402
Telephone: 612-335-1500
Facsimile: 612-335-1657
michael.taylor@leonard.com

*Attorneys for Plaintiff*
LODGENET INTERACTIVE
CORPORATION

Dated: December 14, 2010

Douglas G. Muehlhauser
doug.muehlhauser@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
Tel: (949) 760-0404
Fax: (949) 760-9502

Clint Sargent
Bill Blewett
clint@meierhenrylaw.com
bill@meierhenrylaw.com
MEIERHENRY SARGEN LLP
315 South Phillips Avenue
Sioux Falls, SD 57104
Tel: (605) 336-3075
Fax: (605) 336-2593

*Attorneys for Defendant*
NOMADIX, INC.